A. G. SHALLBETER v. GEORGE M. BERNSTEIN COMPANY
AND ANOTHER.
NORTHWESTERN NATIONAL BANK OF MINNEAPOLIS,
GARNISHEE.[1]

March 30, 1928.

No. 26,680.

Order not appealable.

Order denying motion to discharge the garnishee is not appealable unless jurisdiction of the court is challenged by the motion. [Reporter]

Appeal and Error, 3 C. J. p. 553 n. 41 New.

[1]Reported in 218 N. W. 730.

The garnishee appealed from an order of the district court for Hennepin county, Montgomery, J. denying its motion to be discharged and for a dismissal of the garnishee action. Appeal dismissed.

*George T. Simpson,* for appellant.

*Edward Chalgren,* for respondent.

PER CURIAM.

This is an appeal from an order denying the motion to discharge the garnishee and to dismiss the garnishee action. Respondent moved, in this court, for a dismissal of the appeal on the ground that the order was not appealable.

"An order refusing to discharge a garnishee is not appealable, except when the motion challenges the jurisdiction of the court." 3 Dunnell, Minn. Dig. (2 ed.) § 3979, citing Krafve v. Roy & Roy, 98 Minn. 141, 107 N. W. 966, 116 A. S. R. 346; Security State Bank v. Brecht, 150 Minn. 502, 185 N. W. 1021; Carlson v. Stafford, 166 Minn. 481, 208 N. W. 413.

The record does not show that the motion in any way challenged the jurisdiction of the court.

Appeal dismissed.